### 47170. MacLAFFERTY v. DEPARTMENT OF PUBLIC SAFETY.

PER CURIAM. The Supreme Court has reversed this Court in *MacLafferty v. Department of Public Safety,* 126 Ga. App. 631, 632 (191 SE2d 490). See *Department of Public Safety v. MacLafferty,* 230 Ga. 22. Accordingly, our previous judgment is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Bell, C. J., Evans and Stolz. JJ., concur.*

DECIDED FEBRUARY 7, 1973.

*Stack, O'Brien & Neely, Edgar A. Neely, III, Timothy N. Skidmore,* for appellant.

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr.,*

*Executive Assistant Attorney General, Courtney Wilder Stanton, Dorothy T. Beasley, Assistant Attorneys General,* for appellee.